**Order filed November 17, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00899-CV
_____

**LUCILLE R. KELLEY, Appellant**

**V.**

**ALDINE INDEPENDENT SCHOOL DISTRICT, Appellee**

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-17475**

## ORDER

The reporter's record consists of a one-volume transcript of proceedings held July 27, 2015. The transcript reflects one exhibit (the report of Dr. Stephen A. Carter) was admitted during those proceedings. The exhibit is not included in the reporter's record. The clerk's record indicates that the court reporter tendered the original exhibit to the district clerk for filing on December 31, 2015.

Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record on or before **November 30, 2016**, containing the exhibit

tendered by the court reporter on December 31, 2015. If the exhibit is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM